**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-23-00256-CR**
**NO. 09-23-00257-CR**

_____

**WILLIAM YOUANI OCAMPO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

_____

**On Appeal from the 221st District Court**
**Montgomery County, Texas**
**Trial Cause Nos. 22-11-14964-CR and 22-11-14963-CR**

_____

**MEMORANDUM OPINION**

William Youani Ocampo filed a pro se notice of appeal from Trial Cause Numbers 22-11-14963 and 22-11-14964. On November 3, 2023, we abated the appeals and remanded the cases to the trial court for the trial court to determine whether the appellant desires to appeal his convictions and whether he is indigent. The trial court's records indicate that on December 19, 2023, Ocampo appeared before the trial court and expressed his desire to withdraw his notice of appeal.

1

Ocampo personally signed a request to dismiss the appeal with the trial court and it was also forwarded to this Court.

Appellant's written and personally signed statement that he no longer wants to proceed with his appeals constitutes good cause to suspend the operation of Rule 42.2(a) in accordance with Rule 2. *See* Tex. R. App. P. 2, 42.2(a). The appellant has voluntarily abandoned the appeals. Accordingly, we dismiss the appeals. *See* Tex. R. App. P. 43.2(f).

APPEALS DISMISSED.

PER CURIAM

Submitted on January 23, 2024
Opinion Delivered January 24, 2024
Do Not Publish

Before Horton, Johnson and Wright, JJ.

2